UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOAQUIN CESILIO HERRERA,<br><br>   Defendant. | Case No. 1:23-cr-00233-JLT<br><br>**DETENTION ORDER**<br><br>(Violation of Supervised Release) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:  **October 6, 2025**

UNITED STATES MAGISTRATE JUDGE