ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOAQUIN CESILIO HERRERA,

Defendant.

CASE NO. 1:23-CR-00233-JLT

STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET ADMISSION HEARING

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a preliminary on September 17, 2026, at 2:00 PM.

2. By this stipulation, the parties stipulate that the preliminary hearing set for September 17, 2026, be vacated, and that an admission hearing be set for November 4, 2026. The defendant's Counsel will be in trial in the upcoming weeks, therefore requests the admission hearing to be set out approximately 45 days from the currently scheduled preliminary hearing.

3. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: September 14, 2026

ERIC GRANT
United States Attorney

/s/ ERIC A. CATTO
ERIC A. CATTO
Assistant United States Attorney

Dated: September 14, 2026

/s/ ROBERT LAMANUZZI
ROBERT LAMANUZZI
Counsel for Defendant
JOAQUIN CESILIO HERRERA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing set for September 17, 2026, at 2:00 p.m. be vacated and that an admission hearing be set for **November 4, 2026, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

DATED: September 15, 2026

THE HONORABLE FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE